UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

JOHN F. LEE

    V.                           CIVIL ACTION NO. 05-10580-RGS

TRANSPORTATION SECURITY ADMINISTRATION

# ORDER OF DISMISSAL

STEARNS, DJ.                                             AUGUST 3, 2005

    FOR FAILURE OF THE PLAINTIFF TO FILE A RETURN OF SERVICE OF SUMMONS, OR SHOW CAUSE WHY SERVICE HAS NOT BEEN MADE PURSUANT TO THE PROVISIONS OF RULE 4(m) OF THE FEDERAL RULES OF CIVIL PROCEDURE AND LOCAL RULE 4.1(b),

    IT IS HEREBY ORDERED: THE ABOVE-CAPTIONED ACTION IS HEREBY DISMISSED WITHOUT PREJUDICE.

    SO ORDERED.

                                                                RICHARD G. STEARNS
                                                               UNITED STATES DISTRICT JUDGE

                  BY:          /s/ Mary H. Johnson
                                    Deputy Clerk

DATED: 8-3-05